■ GENEVA MAY, Respondent, v AMERICAN RED CROSS, Appellant. [731 NYS2d 733] —Order, Supreme Court, Bronx County (Howard Silver, J.), entered April 11, 2001, which denied defendant's motion for summary judgment dismissing the complaint, unanimously affirmed, without costs.

Summary judgment was properly denied since triable issues of fact as to whether defendant had constructive notice of the complained of ice hazard, are raised by plaintiff's affidavit, wherein she states that her injurious fall was caused by a pre-existing and unremedied icy condition that had developed from a snowfall 12 days earlier, and by meteorological records supportive of plaintiff's account of the alleged hazard's origin and duration (*see, Ralat v New York City Hous. Auth.*, 265 AD2d 185). Concur—Nardelli, J. P., Andrias, Lerner, Saxe and Marlow, JJ.